IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANCIS STONE,

    Plaintiff,

v.                                     CASE NO. 1:11-cv-204-MP-GRJ

MARTHA HUMPHRIES, et al.,

    Defendant.

_____/

## ORDER

Plaintiff, an inmate at the Mayo Correctional Institution in Mayo, Florida, initiated this civil action by filing Doc. 1, a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff failed to either pay the $350.00 filing fee or file a motion for leave to proceed as a pauper.  Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]."

Accordingly, it is **ORDERED:**

(1)    Plaintiff shall either pay the $350.00 filing fee or move for leave to proceed as a pauper **on or before October 14, 2011**.

(2)    The **Clerk** is directed to send Plaintiff a blank motion to proceed *in forma pauperis* for use by a prisoner.

(3)    Failure to comply with this order within the allotted time will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 3rd day of October, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge