IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANCIS STONE,

    Plaintiff,

vs.                                                    Case No: 1:11-cv-204-MP-GRJ

MARTHA HUMPHRIES, et al.,

    Defendants.

_____/

## O R D E R

This case is before the Court on Doc 15, an unexecuted summons for Defendant Martha Humphries that was returned with a notation that Ms. Humphries is no longer employed at Mayo Correctional Institution.  Because Defendant Humphries remains to be served, the Court will direct the Florida Department of Corrections to notify the Court whether there is a forwarding address for Defendant Humphries and, if so, to provide that address in confidence to the United States Marshals Service.

Accordingly, it is hereby **ORDERED:**

1. The Clerk shall issue a summons for Defendant Martha Humphries indicating Defendant Humphries has 60 days in which to file a response to the complaint.

2. The **Clerk** shall send the summons for Defendant Martha Humphries, a copy of this order, and a copy of the Complaint (Doc. 1), to Alexandria Walters, Assistant General Counsel for the Department of Corrections, 501 S. Calhoun Street, Tallahassee, FL 32399-2500.

3. The Office of the General Counsel for the Department of Corrections shall have **thirty (30) days** from the date of this Order within which to: (1) inform the USMS office in Gainesville in confidence of the last known address of Defendant Humphries; or (2) enter an appearance on behalf of Defendant Humphries; or (3) advise the Court that neither alternative is possible.  If the address is provided to the USMS, the Assistant General Counsel shall file an appropriate notice with the Court.  **In such event, the Assistant General Counsel shall also forward to the USMS the**

**copy of this order, the summons, and the service copy of the complaint.  The USMS shall protect the confidentiality of any address provided by the Department of Corrections as required by Florida law, and shall not disclose any such information on any document filed with the Court.**  Upon the filing of such notice, the Court will issue further instructions for service of process.

**DONE AND ORDERED** this 1st day of March 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge