IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANCIS STONE,

    Plaintiff,

v.                                                         CASE NO. 1:11-cv-204-MP-GRJ

MARTHA HUMPHRIES, et al.,

    Defendant.

_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Summary Judgment. (Doc. 35.) Plaintiff has now submitted a signed Certificate of Service, Doc. 37, in response to the Court's Order of October 12, 2012, and the motion is therefore considered properly filed.

In his Complaint, Plaintiff alleges that jail officials interfered with his receipt of mail from the Hell's Angels Motorcycle Club. (Doc. 1.) He also alleges that Defendants improperly withheld mail from Plaintiff's friends and legal counsel, who were not affiliated with the Hell's Angels. Defendants filed a motion to dismiss the complaint, which remains under advisement at this time. (Doc. 27.) Until the motion to dismiss is resolved, Defendants will not be required to file a response to the motion for summary judgment.

Accordingly, it is **ORDERED**:

Defendants will not be required to file a response to Plaintiff's Motion for Summary Judgment, Doc. 37, until the Court has ruled on Defendants' Motion to Dismiss, Doc. 27.

**DONE AND ORDERED** this 30th day of October 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge