**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FRANCIS STONE,

    Plaintiff,

v.                                                        CASE NO. 1:11-cv-00204-MP-GRJ

BRANDY DEWEY, MARTHA HUMPHRIES,
M ROBERTS, RODNEY TOMLINSON, KEN TUCKER,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 41, plaintiff's Motion for a 60 Day Extension of Time to File Response to Doc. 40, the Report and Recommendation. Upon consideration, the motion is granted, and plaintiff shall respond to the Report and Recommendation by Friday, February 8, 2013.

    **DONE AND ORDERED** this _18th_ day of December, 2012

                                          *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge