**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

FRANCIS STONE,

    Plaintiff,

v.                                                          CASE NO. 1:11-cv-204-MP-GRJ

HUMPHRIES, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon two Report and Recommendations by the Magistrate Judge (Docs. 51 and 56). The Report and Recommendation at Doc. 51 recommends denying as moot a motion for summary judgment (Doc. 35) that applied to the First Amended Complaint, now that the Second Amended Complaint has been filed. That Report and Recommendation is accepted and the motion at Doc. 35 is denied as moot.

Turning to Doc. 56, that Report and Recommendation addresses a motion to dismiss filed regarding the Second Amended Complaint. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Defendants have done so. (Doc. 58). Having considered the Report and Recommendation, and Defendants' timely objections thereto, I have determined that the Report and Recommendation should be adopted but that certain language should be stricken from the Second Amended Complaint.

Defendants moved to dismiss the Second Amended Complaint because plaintiff included a header above his claims which stated, "State Law Claim of Negligence." All of the claims under the header, however, relate to claims under the First and Fourteenth Amendment. The

Court agrees with the Magistrate Judge that this was likely a typographical error and that the mislabeling does not justify dismissing the claim. Instead, the better procedure is to follow Defendants' suggestion included as part of their Objection to the Report and Recommendation and strike the phrase "State Law Claim of Negligence" from the Second Amended Complaint. (Doc. 58, p. 3). Plaintiff admits in his Response in Opposition to Defendants' Motion to Dismiss that the inclusion of the phrase in the Second Amended Complaint, as a heading, was an oversight and it bears no relationship to the numbered paragraphs that follow. (Doc. 57, p. 2).

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation at Doc. 51 is adopted and incorporated by reference in this order. The motion for summary judgment, Doc. 35, is DENIED as moot.

2. The Magistrate Judge's Report and Recommendation (Doc. 56) is adopted and incorporated by reference in this order. The motion to dismiss, Doc. 55, is DENIED.

3. Defendants' Alternative Motion to Strike (Doc. 58, p. 3) is GRANTED to the extent that the phrase "State Law Claim of Negligence" is stricken from the Second Amended Complaint, but without effect on the rest of the pleading.

4. This matter is referred back to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this  *27th*  day of September, 2013

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge