IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANCIS STONE,

    Plaintiff,

v.                                                            CASE NO. 1:11-cv-00204-MP-GRJ

MARTHA HUMPHRIES, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 15, 2014. (Doc. 92). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 96. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendants' Motion for Summary Judgment, Doc. 76, is GRANTED and judgment should be entered in Defendants' favor.

**DONE AND ORDERED** this <u>29th</u> day of January, 2015

                                              *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge